IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRIAN NEWELL, | |
|---|---|
| Plaintiff, | **8:17CV234** |
| vs. | **ORDER** |
| CONTINENTAL WESTERN GROUP, | |
| Defendant. | |

This matter is before the Court upon its review of Defendant's Notice of Settlement ([Filing No. 28](#)), notifying the Court that all claims between Plaintiff and Defendant have been resolved. Accordingly,

**IT IS ORDERED:**

1. On or before **April 16, 2018**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 15th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge