# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN NEWELL,<br><br>　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL WESTERN GROUP,<br><br>　　　Defendant. | Case No.: 8:17cv234-JFB-MDN<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised, hereby GRANTS said Stipulation, and ORDERS that this action is dismissed with prejudice, each party to assume and pay his/its respective attorney fees and costs incurred.

Dated this 11th day of April, 2018.　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge